B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ask Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**51-0597210** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**301Commerce St. #1810**<br>**Fort Worth, TX**<br>ZIP Code **76102** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 2080**<br>**Fort Worth, TX**<br>ZIP Code **76113** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check one box)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ☑ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Ask Industries, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____

          (Name of landlord that obtained judgment)

          _____

          (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Ask Industries, Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Eric A. Liepins**
_____
Signature of Attorney for Debtor(s)

**Eric A. Liepins 12338110**
_____
Printed Name of Attorney for Debtor(s)

**Eric A. Liepins P.C.**
_____
Firm Name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
_____
Address

                     **Email: eric@ealpc.com**
**972-991-5591  Fax: 972-991-5788**
_____
Telephone Number

**February 13, 2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scott Wilson**
_____
Signature of Authorized Individual

**Scott Wilson**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**February 13, 2015**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re __Ask Industries, Inc.__ _____  Case No. _____
                                          Debtor(s)      Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Eagle Logistics**<br>**PO Box 3307**<br>**Lafayette, LA 70502** | **American Eagle Logistics**<br>**PO Box 3307**<br>**Lafayette, LA 70502** | | | **101,371.20** |
| **ASCO**<br>**PO Box 3886**<br>**Lubbock, TX** | **ASCO**<br>**PO Box 3886**<br>**Lubbock, TX** | | | **79,228.77** |
| **Diamond Electric**<br>**PO Box 5208**<br>**Midland, TX 79704** | **Diamond Electric**<br>**PO Box 5208**<br>**Midland, TX 79704** | | | **70,914.25** |
| **Energy Coil & Rigging LLC**<br>**2525 North Marco**<br>**Odessa, TX 79762** | **Energy Coil & Rigging LLC**<br>**2525 North Marco**<br>**Odessa, TX 79762** | | | **54,853.31** |
| **Enersafe, Inc.**<br>**PO Box 677797**<br>**Dallas, TX 75267** | **Enersafe, Inc.**<br>**PO Box 677797**<br>**Dallas, TX 75267** | | | **66,089.64** |
| **Four Seasons Business**<br>**5825 West Sam Houston Parkway**<br>**Houston, TX 77041** | **Four Seasons Business**<br>**5825 West Sam Houston Parkway**<br>**Houston, TX 77041** | | | **163,909.83** |
| **Hatchett Roustabout**<br>**PO Box 240**<br>**Lamesa, TX 79331** | **Hatchett Roustabout**<br>**PO Box 240**<br>**Lamesa, TX 79331** | | | **31,607.44** |
| **Hunstmans**<br>**PO Box 842896**<br>**Boston, MA 02284** | **Hunstmans**<br>**PO Box 842896**<br>**Boston, MA 02284** | | | **102,094.60** |
| **KBD Speciality Chemicals**<br>**366 Stonehaven Drive**<br>**Mandeville, LA 70471** | **KBD Speciality Chemicals**<br>**366 Stonehaven Drive**<br>**Mandeville, LA 70471** | | | **55,821.50** |
| **Ksolv**<br>**908 Town & County**<br>**Houston, TX 77024** | **Ksolv**<br>**908 Town & County**<br>**Houston, TX 77024** | | | **91,676.28** |
| **Lincoln Property Company**<br>**PO box 848138-41**<br>**Dallas, TX 75284** | **Lincoln Property Company**<br>**PO box 848138-41**<br>**Dallas, TX 75284** | | | **104,277.31** |
| **Matt Benton Trucking**<br>**PO Box 682348**<br>**Franklin, TN 37068** | **Matt Benton Trucking**<br>**PO Box 682348**<br>**Franklin, TN 37068** | | | **103,243.29** |

B4 (Official Form 4) (12/07) - Cont.

In re **Ask Industries, Inc.**                                             Case No. _____
                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)

*Name of creditor and complete mailing address including zip code* | (2)

*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)

*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)

*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)

*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Maverick Logistics<br>PO Box 171523<br>Arlington, TX 76003 | Maverick Logistics<br>PO Box 171523<br>Arlington, TX 76003 | | | 257,968.83 |
| Sasol<br>PO Box 823238<br>Philadelphia, PA 19182 | Sasol<br>PO Box 823238<br>Philadelphia, PA 19182 | | | 406,392.80 |
| State Comptroller<br>111 E. 17th St.<br>Austin, TX 78774-0100 | State Comptroller<br>111 E. 17th St.<br>Austin, TX 78774-0100 | | | 224,054.99 |
| Sundance Square<br>201 Main Street, Suite 700<br>Fort Worth, TX 76102 | Sundance Square<br>201 Main Street, Suite 700<br>Fort Worth, TX 76102 | | | 135,446.82 |
| Sunita Hydrocholids<br>1776 York Town Street<br>Suite 130<br>Houston, TX 77056 | Sunita Hydrocholids<br>1776 York Town Street<br>Suite 130<br>Houston, TX 77056 | | | 65,488.50 |
| Tidal Tank<br>PO Box 4346<br>Houston, TX 77210 | Tidal Tank<br>PO Box 4346<br>Houston, TX 77210 | | | 56,820.00 |
| Tommy White Supply<br>PO Box 1709<br>Midland, TX 79702 | Tommy White Supply<br>PO Box 1709<br>Midland, TX 79702 | | | 33,770.96 |
| Valudor Products<br>PO Box 675125<br>Rancho Santa Fe, CA 92067 | Valudor Products<br>PO Box 675125<br>Rancho Santa Fe, CA 92067 | | | 33,509.92 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 13, 2015**                    Signature   **/s/ Scott Wilson**
                                                             **Scott Wilson**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Texas

In re   **Ask Industries, Inc.**      Case No. _____

Debtor(s)    Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 11,717.00 |
| Prior to the filing of this statement I have received | $ | 11,717.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 13, 2015**      **/s/ Eric A. Liepins**
     **Eric A. Liepins 12338110**
     **Eric A. Liepins P.C.**
     **12770 Coit Road**
     **Suite 1100**
     **Dallas, TX 75251**
     **972-991-5591 Fax: 972-991-5788**
     **eric@ealpc.com**

---

# United States Bankruptcy Court

## Northern District of Texas

In re      **Ask Industries, Inc.**                                                                    ,           Case No. _____

Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Ben Doke<br>2500 W Illinois<br>Suite 100<br>Midland, TX 79701** | | **.282%** | |
| **Josiah Batchelder Tilton IV<br>3900 Wedgewood Court<br>Midland, TX 79707** | | **.855%** | |
| **Scott Wilson<br>P.O. Box 2080<br>Fort Worth, TX 76113** | | **98.86%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 13, 2015**_____          Signature _**/s/ Scott Wilson**_____
**Scott Wilson**
**President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

A Plus Hot Shot and Trucking
PO Box 202487
Dallas, TX 75320

Advanced Graphix
520 23rd Street
Lubbock, TX 79404

Aherm Rentals
PO Box 271390
Las Vegas, NV 89127

Aigas
PO Box 676015
Stanton, TX 79782

Ally
PO Box 9001948
Louisville, KY 40290

American Eagle Logistics
PO Box 3307
Lafayette, LA 70502

AMLI Upper Westside
1000 Henderson Street
Fort Worth, TX 76102

AOCS
PO Box 17190
Urbana, IL 61803

Apache Disposal, Inc.
PO Box 470
Marion, TX 78124

Aquacure, Inc.
3333 Allen Parkway
Houston, TX

ASCO
PO Box 3886
Lubbock, TX

Basin Safety Services
PO Box 14248
Odessa, TX 79768

Bepco LP
201 Main Street
Fort Worth, TX 76102

Brackett & Ellis
100 Main Street
Fort Worth, TX 76102

Braxton, Hilton & Perrone
4975 Preston Park Blvd., Ste. 490
Plano, TX 75093

Capstone
1002 West Wall Street
Midland, TX 79701

Carlton Industries, Inc.
PO Box 280
La Grange, TX 78945

Carstens , Cahoon LLP
PO Box 802334
Dallas, TX 75380

Chrysler Capital
PO Box 6660335
Dallas, TX 75266


Circle III Services
PO Box 1119
Iraan, TX 79744


City Center Development Center
201 Main Street
Suite 700
Fort Worth, TX 76102


City Club
PO Box 910885
Dallas, TX 75391


Claydesta □□
6 Desta Drive, Suite 2750
Midland, TX 79705


CNH-CRA Payment Center
Box 3900
Lancaster, PA 17604


Coldwell Banker Commercial Gloabl HQ
175 Park Ave.
Madison, NJ 07940


Cole-Palmer□□
13927 Collections Center Drive
Chicago, IL 60693


Community National Bank
401 W. Texas Ave., Ste. 100
Midland, TX 79701

Convergent Cycle Management, Inc.
13575 Heathcote Blvd.
Suite 300
Upperco, MD 21155


Convergent Technologies, LLC
35257 Eagle Highwasy
Prairie Home, MO 65068


Conway Freight, Inc.
PO Box 5160
Portland, OR 97208


Corley Paper & Box
PO Box 4785
Midland, TX 79701


Cougar Cleaning Equipment
PO Box 13985
Odessa, TX 79768


Cube Smart
2504 North Loop 250
Midland, TX 79707


David Doshier Trust
409 South Shore
Amarillo, TX 79118


Dawson Safe & Lock Services
26309 I45 North
The Woodlands, TX 77380


Diamond Electric
PO Box 5208
Midland, TX 79704

Diamond Labels
PO Box 28138
Santa Ana, CA 92799


DXP Enterprises, Inc.
PO Box 201791
Dallas, TX 75320


Energy Coil & Rigging LLC
2525 North Marco
Odessa, TX 79762


Enersafe, Inc.
PO Box 677797
Dallas, TX 75267


Entergy
PO Box 8104
Baton Rouge, LA 70891


Executive Cleaning Corp
10963 Cutten Road, Suite A106
Houston, TX 77066


Fleet Pride
PO Box 847118
Dallas, TX 75284


FleetMatics USA
PO Box 347472
Pittsburgh, PA 15251


Four Seasons Business
5825 West Sam Houston Parkway
Houston, TX 77041

Gas Card - WTG Fuels
PO Box 51440
Midland, TX 79710


Grainger
PO Box 491267
Kansas City, MO 64141


Graphic Products, Inc.
PO Box 4030
Beaverton, OR 97076


Hatchett Roustabout
PO Box 240
Lamesa, TX 79331


Higgenbothem & Assoc.
500 West 13th Street
Fort Worth, TX 76101


Honeywell International Inc.
12490 Collections Center Drive
Chicago, IL 60693


Hoover Container Solutions
PO Box 677328
Dallas, TX 75267


Hunstmans
PO Box 842896
Boston, MA 02284


I H S Global
PO Box 847193
Dallas, TX 75284

Indco Incorporated
4040 Earnings Way
New Albany, IN 47150


Industrial Communications, Inc.
2535 North Jackson Ave.
Odessa, TX 79760


Infinity Printing Supplies
PO Box 3517
Granada Hills, CA 91394


IPFS Corporation
PO Box 730223
Dallas, TX 75373


IRS
1100 Commerce
Mail Code 5027
Dallas, TX 75242


Ivanhoe Industries, Inc.
26267 North Hickory Road
Mundelein, IL 60060


J&B Trailers
PO Box 62107
Midland, TX 79701


KBD Speciality Chemicals
366 Stonehaven Drive
Mandeville, LA 70471


Keith Earnest
11 Marquest Oaks Place
The Woodsland, TX 77083

Kemira Chemicals
PO Box 105046
Atlanta, GA 30348


Ksolv
908 Town & County
Houston, TX 77024


Lincoln Property Company
PO box 848138-41
Dallas, TX 75284


Lou's Clinical Lab
PO Box 394
Odessa, TX 79760


Massie Strategic Consulting Services LLC
3160 Creekside Dr.
Ponder, TX 76259


Master Truck and Trailer
3000 Garden City Highway
Midland, TX 79701


Material Flow & Conveyor Systems
PO Box 550
Donald, OR 97020


Matt Benton Trucking
PO Box 682348
Franklin, TN 37068


Maverick Logistics
PO Box 171523
Arlington, TX 76003

Mayco Chemical
1936 East Highway 66
El Reno, OK 73036


McMillian Welding & Fabrication
110 North Marienfield
Midland, TX 79701


Midland Central Appaisal District
4631 Andrews Highway
Midland, TX 79708


Midland County Tax Office
2110 North "A" St.
Midland, TX 79705


Midland Lock & Safe
1408 North Big Spring
Midland, TX 79701


Midland Memorial Hospital
4000 RR Grover Parkway
Midland, TX 79701


Midwest Hose & Speciality
PO Box 96558
Oklahoma City, OK 73143


NMHG Financial Services
PO Box 643749
Pittsburgh, PA 15264


Occupational Health Center of Southwest
PO Box 9005
Addison, TX 75001

Overhead Door
707 South Colorado
Midland, TX 79701


Oxygen Resources
521 South Grandview
Chicago, IL 60677


Peak Ryzex, Inc.
8458 Solutions Center
Chicago, IL 60677


Prince Energy
15311 Vantage Parkway West
Suite 350
Lubbock, TX 79409


Red Raider Club
PO Box 45055
Lubbock, TX 79409


Rustys Wight & Scale Services
408 North Interstae 27
Lubbock, TX 79403


Safty Solutions, LLC
PO Box 1191
Midland, TX 79702


SanJan Hot Shot
PO Box 60593
Midland, TX 79711


Sasol
PO Box 823238
Philadelphia, PA 19182

Sierra Springs
PO Box 660579
Dallas, TX 75266


Southern Tank Leasing
PO Box 4346
Houston, TX 77210


State Comptroller
111 E. 17th St.
Austin, TX 78774-0100


Stone Trucking
PO Box 11407
Birmingham, AL 35247


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Sundance Square
201 Main Street, Suite 700
Fort Worth, TX 76102


Sunita Hydrocholids
1776 York Town Street
Suite 130
Houston, TX 77056


Teen Challenge Permain Basin
PO Box
Midland, TX 79702


Texas Mutual Insurance
PO Box 841843
Dallas, TX 75284

Tidal Tank
PO Box 4346
Houston, TX 77210


Tommy White Supply
PO Box 1709
Midland, TX 79702


Transport Resources
400 Highway 34
Suite A
Matawan, NJ 07747


Uline
PO Box 88741
Chicago, IL 60680


Valudor Products
PO Box 675125
Rancho Santa Fe, CA 92067


Vinmar International
16800 Imperial Valley Dr.
Suite 499
Houston, TX 77060


Water Runner
PO Box 972856
Dallas, TX 75397


We Rent It
PO Box 512
Bryan, TX 77806


WelTek
PO Box 5261
Midland, TX 79704

West Texas Tire
2679 S. County Road Wwest
Odessa, TX 79766


Whitaker, Chalk, Swindle & Schartz
301 Commerce Street
Ste. 3500
Fort Worth, TX 76102


Zee Medical Inc.
PO Box 781553
Indianpolis, IN

# United States Bankruptcy Court
## Northern District of Texas

In re __Ask Industries, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ask Industries, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 13, 2015__

Date

/s/ Eric A. Liepins

Eric A. Liepins 12338110

Signature of Attorney or Litigant

Counsel for __Ask Industries, Inc.__

Eric A. Liepins P.C.

12770 Coit Road
Suite 1100
Dallas, TX 75251
972-991-5591 Fax:972-991-5788
eric@ealpc.com